IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MARCIA LYNN LEACHMAN,<br>*A United States Citizen*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>STATE, *Et Al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-CV-064-C |

**ORDER**

Before the Court is Defendants' Motion to Dismiss. Plaintiff failed to timely respond. Thus, the Motion is deemed unopposed. The Court, having considered said Motion, is of the opinion Defendants' Motion should be **GRANTED** and Plaintiff's claims against Defendants are **DISMISSED**.

SO ORDERED.

Dated August 26, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE